THE UNITED STATES

*vs.*

WILLIAM McGILL, CONSTABLE.

DECIDED DECEMBER 24, 1841.

*Rule to Show Cause.*

A constable will be dismissed on a petition and proof of misconduct while in the exercise of the duties of his office.

Rule on William McGill, constable, to show cause on the 22d of December, 1841, instant, why he should not be dismissed from the office of constable.

The following statement, by W. Hebb, was sworn to before a justice of the peace :

That William McGill, after asking to be allowed to look at certain papers, took the papers, tore up a certain appeal bond, one of the said papers, and carried the other papers away

That he, McGill, cut loose a criminal confined and in charge of an officer while waiting to be taken to the work-house, and set the said criminal at liberty.

JAMES HOBAN for motion.

McGILL did not appear to answer the rule.

The court passed the following order :

It is by the court, after hearing the testimony of witnesses and the reading of the affidavit of Mr. Hebb, ordered that William McGill be discharged from the office of constable of this court.